1 **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    Allen Klinger, et al.,                  )    No. CV-07-359-PHX-SMM
                                             )
10            Plaintiffs,                     )    **ORDER**
     v.                                      )
11                                            )
     Trust v Klinger, et al.,                )
12                                            )
             Defendants.                     )
13                                            )
     _____         )
14

15          Pending before the Court is the Application to Withdraw as Counsel of Record for

16   Defendants Gertrude Klinger and Harold Klinger (the "Application") [Doc. No. 15], filed by

17   Donald R. Day of the firm of Cummings, McClorey, Davis & Acho, P.L.C.  Because the

18   Application complies with LRCiv 83.3(b)(1) of the Rules of Practice of the United States

19   District Court for the District of Arizona, the Court will grant counsel's request.  Accordingly,

20          **IT IS ORDERED** that the Application to Withdraw as Counsel of Record for

21   Defendants Gertrude Klinger and Harold Klinger [Doc. No. 15] is **GRANTED**.

22          **IT IS FURTHER ORDERED** that Donald R. Day and John A. Greene of the firm of

23   Cummings, McClorey, Davis & Acho may withdraw as counsel of record for defendants

24   Gertrude Klinger and Harold Klinger pursuant to LRCiv 83.3(b)(1).

     //
25
     //
26
     //
27

28

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall send copies of this Order

2  to all counsel of record and to defendants Gertrude Klinger and Harold Klinger.  Defendants

3  Gertrude Klinger and Harold Klinger, now proceeding in propria persona, may be contacted at

4  the following addresses:

5       Gertrude Klinger
        7369 E. McLellan Boulevard
6       Scottsdale, AZ 85250
        (480) 948-7675
7
        Harold Klinger
8       5747 E. Caballo Drive
        Paradise Valley, AZ 85253
9       (602) 499-8427

10
        DATED this 11th day of April, 2007.
11

12

13

14   _____
             Stephen M. McNamee
15           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -