**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Allen Klinger, et al., | ) | No. CV-07-359-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Trust v Klinger, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation to Continue Preliminary Pretrial Conference. (Dkt. 20) Good cause appearing,

**IT IS ORDERED** that the Stipulation to Continue Preliminary Pretrial Conference (Dkt. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Preliminary Pretrial Conference currently set for August 28, 2007, is **VACATED**. The Preliminary Pretrial Conference will now be held on **Wednesday, October 17, 2007 at 4:00 p.m.**

DATED this 16th day of August, 2007.

Stephen M. McNamee
United States District Judge