**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Allen Klinger, et al., ) | No. CV-07-359-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) |  |
| Gertrude Klinger, et al., ) |  |
| Defendants. ) |  |

Pursuant to unforseen circumstances that have been brought to the Court's attention,

**IT IS HEREBY ORDERED** vacating the Preliminary Pretrial Scheduling Conference set for Wednesday, October 17, 2007 at 4:00 p.m.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference shall be rescheduled for **Monday, December 17, 2007** at **10:00 am** in Courtroom 605 of the Sandra Day O'Connor Courthouse, 401 W. Washington Street in Phoenix, Arizona.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge