**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Allen Klinger, et al., | No. CV-07-359-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. |  |
| Gertrude Klinger, et al., |  |
| Defendants. |  |

Plaintiffs filed a Motion to Continue Preliminary Pretrial Conference scheduled for December 17, 2007 at 10:00 a.m. (Doc. #26). Plaintiffs' counsel filed his Notice of Appearance on December 13, 2007, and mistakenly believed that Plaintiffs' prior counsel Mr. David Eagle (now deceased) had prepared and circulated the Proposed Case Management Plan. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' motion (Doc. #26) and vacating the Preliminary Pretrial Scheduling Conference scheduled for Monday, December 17, 2007 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference shall be rescheduled for **Friday, February 1, 2008** at **4:00 p.m.**

DATED this 14th day of December, 2007.

Stephen M. McNamee
United States District Judge